### PRINCE v. STATE.
### No. 18468.

Court of Criminal Appeals of Texas.
June 10, 1936.

H. W. Morelock and E. A. Boynton, both of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for twenty years.

The indictment appears regular and properly presented. The record is before us without bills of exception or statement of facts. Nothing has been presented justifying reversal or requiring discussion.

The judgment is affirmed.